# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                Case No. 18-CR-182

**NICKIE M. FOSTER,**

    **Defendant.**

## ORDER

On September 18, 2018, a federal grand jury returned an indictment charging Nickie M. Foster with eleven firearm and robbery offenses. (Docket # 16.) On July 23, 2019, I found that there was reasonable cause to believe that Foster may be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, and ordered that Foster undergo a psychological examination. (Docket # 53.) Foster was accordingly evaluated at the Federal Medical Center, Carswell. (Docket # 60, 65.) On October 24, 2019, the court received the forensic report of the evaluation finding Foster competent. (Docket # 65.)

On November 14, 2019, I held a status hearing to address the report. Foster does not request an evidentiary hearing nor does she contest the examiner's conclusion that she is competent. As Foster's competency is not being challenged, I have no basis to find that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Accordingly, I find that Foster is competent to proceed in this matter.

Dated at Milwaukee, Wisconsin this 14th day of November, 2019.

           BY THE COURT

           *s/Nancy Joseph*
           NANCY JOSEPH
           United States Magistrate Judge